UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE SALES, Individually and on behalf of the Estate of Paul Q. Quintanar,<br><br>Plaintiff,<br><br>v.<br><br>The City of Tustin, a Governmental Entity, Chief of Police Scott Jordan, Officer A. Gleason, Officer J. Monsoor, Officer Roque, and Does 1 through 10,<br><br>Defendants. | CASE NO: SACV12-01834 CJC (MLGx)<br><br>BEFORE THE HONORABLE CORMAC J. CARNEY<br>COURTROOM 9B<br><br>**JUDGMENT** |

This Court dismissed the federal claims asserted against Defendants City of Tustin and Tustin Police Chief Jordan pursuant to a motion made under Rule 12(b)(6) and granted summary judgment in favor of Defendant Tustin police officers Gleason, Monsoor and Roque on the Fourteenth Amendment Due Process claims asserted against them. The Ninth Circuit subsequently determined that Defendant police officers Gleason, Monsoor and Roque are entitled to qualified immunity on the Fourth Amendment claims asserted against them. The foregoing rulings completely resolve all of the federal claims asserted in the operative complaint in favor of the Defendants.

1  The federal claims having been resolved, this Court declines to exercise supplemental
2  jurisdiction over the remaining state wrongful death claim.  Therefore:
3       IT IS ORDERED AND ADJUDGED that the state wrongful death claim
4  asserted in the second count of the operative Second Amended Complaint is
5  DISMISSED WITHOUT PREJUDICE, that JUDGMENT is entered against Plaintiff
6  MARIE SALES, individually and on behalf of the Estate of Paul Q. Quintanar, and in
7  favor of Defendants CITY OF TUSTIN, SCOTT JORDAN, OFFICER A.
8  GLEASON, OFFICER J. MONSOOR and OFFICER ROQUE, and that said
9  Defendants shall recover their costs.

11 DATED: August 3, 2016

                                HONORABLE CORMAC J. CARNEY
                                UNITED STATES DISTRICT COURT
                                JUDGE